**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DIST. OF MISSISSIPPI**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Charles**<br>First Name<br>**C.**<br>Middle Name<br>**Brock**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | **Kimberly**<br>First Name<br>**A.**<br>Middle Name<br>**Yant**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name<br><br>First Name<br><br>Middle Name<br><br>Last Name | **Kimberly**<br>First Name<br><br>Middle Name<br>**Clemons**<br>Last Name<br>**Kimberly**<br>First Name<br><br>Middle Name<br>**Terry**<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __8_ _0_ _0_ _9_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – __2_ _6_ _3_ _9_<br>OR<br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Charles C. Brock** |
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) _____ |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.    ☑ I have not used any business names or EINs.

Business name _____          Business name _____

Business name _____          Business name _____

Business name _____          Business name _____

EIN __ __ – __ __ __ __ __ __ __          EIN

EIN __ __ – __ __ __ __ __ __ __          EIN

**5.** **Where you live**

**If Debtor 2 lives at a different address:**

**336 County Rd. 1325**
Number    Street                          Number    Street

_____                          _____

**Saltillo          MS    38866**
City              State  ZIP Code         City              State  ZIP Code

**Lee**
County                                   County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street                          Number    Street

P.O. Box                                  P.O. Box

City              State  ZIP Code         City              State  ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*                              *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                      Case number (if known) _____

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|---|
| | | ☐ | **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ | **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
MM / DD / YYYY    if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
MM / DD / YYYY    if known

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

---

## Part 3:     Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:     Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number     Street

_____

_____
City                                          State          ZIP Code

---

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No.  Go to line 16b.
- ☑ Yes.  Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No.  Go to line 16c.
- ☐ Yes.  Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

- ☐ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1   **Charles C. Brock**

Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
Charles C. Brock, Debtor 1                              Kimberly A. Yant, Debtor 2

Executed on **10/17/2019**                              Executed on **10/17/2019**
MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____    Date **10/17/2019**
Signature of Attorney for Debtor                           MM / DD / YYYY

**Tiffany K. Pharr**
Printed name

**The Law Office of Denvil F. Crowe**
Firm Name

**346 North Green St.**
Number        Street

**P.O. Box 1158**


**Tupelo**                              **MS**        **38802**
City                                   State       ZIP Code

Contact phone  **(662) 844-7949**       Email address **Tiffany@denvilcrowe.com**

**104849**                              **MS**
Bar number                             State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**1/2 Interest in 3 Bedroom(s) / 1 Bath Home on .75 Acres**
**Located At:**
**425 Hwy 371**
**Mooreville, MS 38857**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **3 Bedroom(s) / 2 Bath(s) H**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$53,900.00** | **$26,950.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ Check if this is community property
(see instructions)

_____

**2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................** ➔    | **$26,950.00** |

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) _____ |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | |
| Model: | **Fusion** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **13,960** | ☐ At least one of the debtors and another | **$15,322.50**          **$15,322.50** |

Other information:
**2018 Ford Fusion (approx. 13,960 miles)**
☐ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | |
| Model: | **F-150** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2004** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **196,000** | ☐ At least one of the debtors and another | **$5,130.00**          **$5,130.00** |

Other information:
**2004 Ford F-150 (approx. 196,000 miles)**
☐ Check if this is community property (see instructions)

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **River Birch** | ☐ Debtor 1 only | |
| Model: | **Mobile Home** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2005** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | | ☐ At least one of the debtors and another | **$15,000.00**          **$15,000.00** |

Other information:
**2005 River Birch Mobile Home**
☐ Check if this is community property (see instructions)

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2.  Write that number here.........................................** ➔ | **$35,452.50** |

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe..... | **See continuation page(s).** | **$1,360.00** |

| Debtor 1 | **Charles C. Brock** |
|---|---|
| Debtor 2 | **Kimberly A. Yant** |

Case number (if known) _____

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

_____

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

_____

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

_____

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

_____

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....    **Clothing**    **$160.00**

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....    **Wedding Bands**    **$700.00**

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

_____

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

_____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................................→    **$2,220.00**

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes......................................................................................................... Cash: ........................ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................ Institution name:

    17.1.   Checking account:   **Bancorp South Checking Account, #0797**          **$9.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes.  Give specific information about them........................ Name of entity:             % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific information about them........................ Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes.  List each account separately.   Type of account:    Institution name:

                    401(k) or similar plan:  **401(k)**               **$2,917.20**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes............................ Institution name or individual:

          Electric:     **Electric Security Deposit**           **$50.00**

          Water:      **Water Security Deposit**           **$50.00**

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**    Case number (if known) _____

23.  **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................  Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them _____

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**

☐ No

☑ Yes.  Give specific information about them, including whether you already filed the returns and the tax years....................

| | |
|---|---|
| **Federal: Federal Tax Refund.  Amt: $5,000.00** | |
| **State: State Tax Refund.  Amt: $5,000.00** | |
| **Local: Earned Income Credit Tax Refund.  Amt: $5,000.00** | |

Federal:    **$5,000.00**

State:    **$5,000.00**

Local:    **$5,000.00**

29.  **Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30.  **Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information _____

Debtor 1   **Charles C. Brock**

Debtor 2   **Kimberly A. Yant**                                   Case number (if known) _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance
      company of each policy
      and list its value............   Company name:                Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
    rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4. Write that number here.................................................................................** ➔   **$18,026.20**

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

                                                                         **Current value of the
                                                                         portion you own?**
                                                                         Do not deduct secured
                                                                         claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
              desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe..

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**    Case number (if known) _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.. _____

41. **Inventory**

☑ No

☐ Yes. Describe.. _____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe.... _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................→ | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes.... _____

48. **Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information................ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes.... _____

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                         Case number (if known) _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.... | |                                                                 _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific information............... | |                          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................... ➔ | **$0.00** |

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................. ➔ | **$0.00** |

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................... ➔    **$26,950.00**

56. **Part 2: Total vehicles, line 5**          **$35,452.50**

57. **Part 3: Total personal and household items, line 15**          **$2,220.00**

58. **Part 4: Total financial assets, line 36**          **$18,026.20**

59. **Part 5: Total business-related property, line 45**          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**          **$0.00**

61. **Part 7: Total other property not listed, line 54**          +    **$0.00**

62. **Total personal property.**    Add lines 56 through 61.................. | **$55,698.70** |    Copy personal property total ➔ +    **$55,698.70**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62................................................................ | **$82,648.70** |

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

6.   **Household goods and furnishings (details):**

| | |
|---|---|
| **Stove** | **$100.00** |
| **Microwave** | **$50.00** |
| **Refrigerator/Freezer** | **$75.00** |
| **Freezer (Large)** | **$100.00** |
| **Dishwasher** | **$75.00** |
| **Washing Machine** | **$75.00** |
| **Small Appliances** | **$20.00** |
| **Dryer** | **$75.00** |
| **Living Room Furniture** | **$200.00** |
| **Silverware** | **$20.00** |
| **Bedroom Furniture** | **$50.00** |
| **Pictures and Prints** | **$20.00** |
| **Television(s)** | **$100.00** |
| **DVD Player** | **$20.00** |
| **Household Tools** | **$20.00** |
| **Computer** | **$50.00** |
| **Plates, China, etc.** | **$15.00** |
| **Den Furniture** | **$100.00** |
| **Dining Room Furniture** | **$100.00** |
| **Power Tools** | **$75.00** |
| **Lawn Mower** | **$20.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2018 Ford Fusion (approx. 13,960 miles)** | $15,322.50 | ☑ $1,000.00 | **Miss. Code Ann. § 85-3-1(a)** |
| Line from *Schedule A/B*: **3.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **2004 Ford F-150 (approx. 196,000 miles)** | $5,130.00 | ☑ $1,000.00 | **Miss. Code Ann. § 85-3-1(a)** |
| Line from *Schedule A/B*: **3.2** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1     **Charles C. Brock**

Debtor 2     **Kimberly A. Yant**

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2005 River Birch Mobile Home** Line from *Schedule A/B*: __3.3__ | **$15,000.00** | ☑ **$30,000.00** ☐ 100% of fair market value, up to any applicable statutory | **Miss. Code Ann. § 85-3-1(d)** |
| Brief description: **Stove** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Microwave** Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Refrigerator/Freezer** Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Freezer (Large)** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Dishwasher** Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Washing Machine** Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Small Appliances** Line from *Schedule A/B*: __6__ | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Dryer** Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Living Room Furniture** <br><br> Line from *Schedule A/B*:   **6** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Silverware** <br><br> Line from *Schedule A/B*:   **6** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Bedroom Furniture** <br><br> Line from *Schedule A/B*:   **6** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Pictures and Prints** <br><br> Line from *Schedule A/B*:   **6** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Television(s)** <br><br> Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **DVD Player** <br><br> Line from *Schedule A/B*:   **6** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Household Tools** <br><br> Line from *Schedule A/B*:   **6** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Computer** <br><br> Line from *Schedule A/B*:   **6** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Plates, China, etc.** <br><br> Line from *Schedule A/B*:   **6** | **$15.00** | ☑ **$15.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

| Debtor 1 | **Charles C. Brock** |
|---|---|
| Debtor 2 | **Kimberly A. Yant** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Den Furniture**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Dining Room Furniture**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Power Tools**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Lawn Mower**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*: __11__ | $160.00 | ☑ $160.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Wedding Bands**<br><br>Line from *Schedule A/B*: __12__ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**401(k)**<br><br>Line from *Schedule A/B*: __21__ | $2,917.20 | ☑ $2,917.20<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(e)** |
| Brief description:<br>**Federal Tax Refund**<br><br>Line from *Schedule A/B*: __28__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| Brief description:<br>**State Tax Refund**<br><br>Line from *Schedule A/B*: __28__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own**<br><br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br><br>*Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description:<br>**Earned Income Credit Tax Refund**<br><br>Line from *Schedule A/B:*   **28** | **$5,000.00** | ☑   **$5,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

Describe the property that secures the claim:

**Advantage Financial**
Creditor's name
**542 W. Main St.**
Number     Street

**Household Goods**

| | $2,008.00 | $100.00 | $1,908.00 |
|---|---|---|---|

_____

**As of the date you file, the claim is:** Check all that apply.

**Tupelo            MS    38804**
City                State  ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
   to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Non-Purchase Money**

Date debt was incurred    **1/2019**

Last 4 digits of account number    ___ ___ ___ ___

**Debtor will Surrender**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $2,008.00 |
|---|

Debtor 1   **Charles C. Brock**
Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 |

**FAA Federal Credit Union**
Creditor's name
**3920 Whitebrook**
Number     Street

Describe the property that secures the claim:

**Father's CD**

$2,960.00     $2,960.00

_____

**Memphis          TN    38118**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Non-Purchase Money**

**Date debt was incurred**   05/2016      Last 4 digits of account number     0   5   2   0

**Debtor will Surrender**
**Debtor Co-Signed with Tim Brock**

| 2.3 |

**First Metropolitan**
Creditor's name
**115 N. Thomas St.**
Number     Street

Describe the property that secures the claim:

**Household Goods**

$1,019.00     $100.00     $919.00

_____

**Tupelo          MS    38801**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Non-Purchase Money**

**Date debt was incurred**   11/2/18     Last 4 digits of account number   ___ ___ ___ ___

**Debtor will Surrender**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$3,979.00

Debtor 1  **Charles C. Brock**
Debtor 2  **Kimberly A. Yant**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

| 2.4 | Describe the property that secures the claim: | $2,364.00 | $100.00 | $2,264.00 |
|---|---|---|---|---|

**First Metropolitan Financial Services**
Creditor's name
**6295 Summer Avenue**
Number    Street
**Suite 102**

**Household Goods**

**Memphis          TN    38134**
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**    10/25/2018

**Debtor will Surrender**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

**Last 4 digits of account number**    3  2  0  1

---

| 2.5 | Describe the property that secures the claim: | $1,011.00 | $100.00 | $911.00 |
|---|---|---|---|---|

**First Metropolitan Financial Services**
Creditor's name
**6295 Summer Avenue**
Number    Street
**Suite 102**

**Household Goods**

**Memphis          TN    38134**
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**    11/02/2018

**Debtor will Surrender**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

**Last 4 digits of account number**    4  5  0  2

---

Add the dollar value of your entries in Column A on this page. Write that number here:          $3,375.00

Debtor 1   **Charles C. Brock**
Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6**

**First Metropolitan Financial Services**
Creditor's name
**6295 Summer Avenue**
Number   Street
**Suite 102**

| | Amount of claim | Value of collateral | Unsecured |
|---|---|---|---|
| Describe the property that secures the claim: | $992.00 | $100.00 | $892.00 |
| **Household Goods** | | | |

**Memphis          TN    38134**
City             State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Non-Purchase Money**

Date debt was incurred   **11/21/2018**      Last 4 digits of account number     **8   5   0   8**

**Debtor will Surrender**

---

**2.7**

**Linoln Automotive Financial Services**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**PO Box 542000**

| | Amount of claim | Value of collateral | Unsecured |
|---|---|---|---|
| Describe the property that secures the claim: | $21,872.00 | $15,322.50 | $6,549.50 |
| **2018 Ford Fusion** | | | |

**Omaha          NE    68154**
City             State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Purchase Money**

Date debt was incurred   **07/2018**      Last 4 digits of account number     **3   4   8   0**

**Debtor will Surrender**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:     **$22,864.00**

| Debtor 1 | **Charles C. Brock** |
| Debtor 2 | **Kimberly A. Yant** |

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

**Mr. Cooper**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**8950 Cypress Waters Blvd**

**Coppell        TX    75019**
City        State    ZIP Code

Describe the property that secures the claim:

**1/2 Interest in 3 Bedroom(s) / 1 Bath Home on .75**

$65,971.00    $26,950.00    $65,971.00

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage**

Date debt was incurred    **06/2006**    Last 4 digits of account number    3  7  3  8

**Debtor will Surrender**
**Debtor Co-signed with James O Clemons III**

**2.9**

**Mr. Cooper**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**8950 Cypress Waters Blvd**

**Coppell        TX    75019**
City        State    ZIP Code

Describe the property that secures the claim:

**1/2 Interest in 3 Bedroom 1 Bath Home on .75 Acres**

$44,497.00    $26,950.00    $17,547.00

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage**

Date debt was incurred    **06/2005**    Last 4 digits of account number    3  8  1  1

**Debtor will Surrender**
**Debtor Co-signed with James O Clemons III**

Add the dollar value of your entries in Column A on this page.  Write that number here:        $110,468.00

Debtor 1   **Charles C. Brock**
Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.10 | Describe the property that secures the claim: | $44,587.00 | $26,950.00 | $44,587.00 |

**Mr. Cooper**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**PO Box 619098**

**1/2 Interest In 3 Bedroom(s) / 1 Bath Home on .75**

_____

**Dallas          TX   75261**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **06/2005**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number   **0   6   2   5**

**Debtor will Surrender**
**Debtor Co-signed with James O Clemons III**

| 2.11 | Describe the property that secures the claim: | $7,996.00 | $5,130.00 | $2,866.00 |

**OneMain Financial**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**601 NW 2nd St #300**

**2004 Ford F-150**

_____

**Evansville      IN   47708**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **04/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Non-Purchase Money**

Last 4 digits of account number   **6   1   7   9**

**Debtor to Retain**

Add the dollar value of your entries in Column A on this page.  Write that number here:          |   **$52,583.00**   |

Debtor 1    **Charles C. Brock**
Debtor 2    **Kimberly A. Yant**

_____    Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

**2.12**

**South State Bank**
Creditor's name
**PO Box 1287**
Number     Street

_____

**Orangeburg     SC     29116**
City     State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **08/2009**

**Debtor to Retain**

Describe the property that secures the claim:
**Mobile Home**

| $29,876.00 | $15,000.00 | $14,876.00 |
| --- | --- | --- |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Last 4 digits of account number     0   8   0   9

**2.13**

**World Finance Corporat**
Creditor's name
**108 Frederick St**
Number     Street

_____

**Greenville     SC     29607**
City     State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **03/2019**

**Debtor will Surrender**

Describe the property that secures the claim:
**Household Goods**

| $915.00 | $100.00 | $815.00 |
| --- | --- | --- |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

Last 4 digits of account number     6   5   0   1

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $30,791.00 |
| --- |

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**

| $226,068.00 |
| --- |

Debtor 1     **Charles C. Brock**

Debtor 2     **Kimberly A. Yant** _____     Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**    **Underwood Law Firm**
Name

**190 East Capitol Street**
Number          Street

_____

_____

**Jackson**                    **MS**    **39201**
City                                      State        ZIP Code

On which line in Part 1 did you enter the creditor?    **2.10**

Last 4 digits of account number    ___ ___ ___ ___

**2**    **Underwood Law Firm**
Name

**190 East Capitol Street**
Number          Street

_____

_____

**Jackson**                    **MS**    **39201**
City                                      State        ZIP Code

On which line in Part 1 did you enter the creditor?    **2.9**

Last 4 digits of account number    ___ ___ ___ ___

**3**    **Underwood Law Firm**
Name

**190 East Capitol Street**
Number          Street

_____

_____

**Jackson**                    **MS**    **39201**
City                                      State        ZIP Code

On which line in Part 1 did you enter the creditor?    **2.8**

Last 4 digits of account number    ___ ___ ___ ___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

---

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | **$2,500.00** | **$2,500.00** | **$0.00** |

**IRS**
Priority Creditor's Name
**PO Box 7346**
Number        Street
_____

**Philadelphia         PA      19101**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**

**$300.00**

**Advance Financial**
Nonpriority Creditor's Name
**100 Oceanside Dr.**
Number        Street

**Nashville            TN        37204**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Payday Loan**

---

**4.2**

**$456.00**

**AT&T Direct TV**
Nonpriority Creditor's Name
**PO Box 5014**
Number        Street

**Carol Stream          IL        60197**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   0   9   7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Old Bill**

---

| Debtor 1 | **Charles C. Brock** |
|---|---|
| Debtor 2 | **Kimberly A. Yant** |

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.3**

| | **$691.00** |
|---|---|

**AT&T Mobility**
Nonpriority Creditor's Name
**PO Box 536216**
Number      Street

_____

**Atlanta          GA    30353**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   0   8   2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Old Bill**

---

**4.4**

| | **$300.00** |
|---|---|

**Availblue**
Nonpriority Creditor's Name
**PO Box 12**
Number      Street

_____

**Lac du Flambeau      WI    54538**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Signature Loan**

---

Debtor 1    **Charles C. Brock**
Debtor 2    **Kimberly A. Yant**                                                                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim |

**4.5**                                                                                                                              **$60.00**

**Check Into Cash**
Nonpriority Creditor's Name
**2240 Rabbit Dr. Ste. 800**
Number        Street

_____

**Tupelo**              **MS**    **38801**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Payday Loan**

**4.6**                                                                                                                              **$651.00**

**Credit One**
Nonpriority Creditor's Name
**P.O. Box 60500**
Number        Street

_____

**City of Industry**        **CA**    **91716**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _4_ _9_ _8_ _8_
**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Credit Card**

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.7**

| | | $1,050.00 |

**Dish Network**
Nonpriority Creditor's Name
**3362 University Avenue**
Number      Street
**P.O. Box 2635**

**Waterloo**          **IA**    **50704-2635**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **9    8    5    4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Old Bill**

**4.8**

| | | $264.00 |

**FAA Credit Union**
Nonpriority Creditor's Name
**1804 South Green St.**
Number      Street

**Tupelo**          **MS**    **38804**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Overdrawn Bank Account**

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$307.00**

**First Access The Bank of Missouri**
Nonpriority Creditor's Name
**PO Box 85710**
Number     Street
_____

**Sioux Falls          SD     57118**
City                State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

### 4.10

**$227.00**

**Marquis Dental**
Nonpriority Creditor's Name
**6 Medical Park**
Number     Street
_____

**Fulton          MS     38843**
City            State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7 1 1 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Services**

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | | |
| | | Case number (if known) | |

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.11

**$500.00**

**Money Lion**
Nonpriority Creditor's Name
**P.O. Box 1547**
Number        Street

_____

**Sandy**          **UT**    **84091**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify  **Payday Loan**

### 4.12

**$423.18**

**NMMC**
Nonpriority Creditor's Name
**PO Box 2240**
Number        Street

_____

**Tupelo**          **MS**    **38804**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify  **Medical Services**

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.13**

**$110.00**

**North MS Medical Clinics**
Nonpriority Creditor's Name
**PO Box 14000**
Number     Street

_____

**Belfast**          **ME   04915**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   7   6   2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Fees**

---

**4.14**

**$39.00**

**Premier Family and Urgent Care**
Nonpriority Creditor's Name
**710 Hwy 371**
Number     Street

_____

**Mooreville**          **MS   38857**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Services**

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
|---|

---

**4.15**                                                                                            **$158.00**

**Progressive**

Nonpriority Creditor's Name

**280 N. High St. #300**

Number        Street

_____

**Columbus**            **OH**    **43215**

City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8    2    2    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Old Bill**

---

**4.16**                                                                                            **$502.72**

**Progressive Leasing**

Nonpriority Creditor's Name

**256 W. Data Dr.**

Number        Street

_____

**Draper**               **UT**    **84020**

City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    **4/26/18**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Lease**

---

Debtor 1   **Charles C. Brock**

Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.17**

**$952.86**

**Progressive Leasing**
Nonpriority Creditor's Name
**256 W. Data Dr.**
Number     Street

_____

**Draper**          **UT**   **84020**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   **9/21/18**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease**

---

**4.18**

**$180.00**

**Regions**
Nonpriority Creditor's Name
**331 Main Street**
Number     Street

_____

**Tupelo**          **MS**   **38804**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Safety Deposit Box**

---

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.19**

| | $126.00 |
|---|---|

**Renasant Bank**
Nonpriority Creditor's Name
**164 S. Veterans Memorial Blvd**
Number     Street

**Tupelo**          **MS**     **38804**
City               State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**     __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Overdrawn Bank Account**

**4.20**

| | $551.59 |
|---|---|

**Speedy Cash**
Nonpriority Creditor's Name
**3527 N. Ridge Rd.**
Number     Street

**Wichita**          **KS**     **67205**
City               State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**     __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Payday Loan**

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | | **Total claim** |
|---|---|---|

| 4.21 | | **$404.00** |
|---|---|---|

**Total Visa/Bank of Missouri**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 85710**

**Sioux Falls        SD        57118**
City                        State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9    9    2    0**
**When was the debt incurred?**    **04/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.22 | | **$3,060.00** |
|---|---|---|

**US Dept. of Education**
Nonpriority Creditor's Name
**Po Box 5609**
Number        Street

**Greenville        TX        75403**
City                        State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Allied Interstate Llc**
Name
**Attn: Bankruptcy Department**
Number        Street
**PO Box 361477**

**Columbus            OH      43236**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9   8   5   4**

---

**Credit Collection Services**
Name
**Attn: Bankruptcy**
Number        Street
**725 Canton St**

**Norwood             MA      02062**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.15**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8   2   2   2**

---

**ERC/Enhanced Recovery Corp**
Name
**Attn: Bankruptcy**
Number        Street
**8014 Bayberry Road**

**Jacksonville        FL      32256**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.3**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   0   8   2**

---

**Franklin Collection**
Name
**105 S. Front St.**
Number        Street

**Tupelo              MS      38804**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.13**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Franklin Collection**
Name
**105 S. Front St.**
Number        Street

**Tupelo              MS      38804**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Franklin Collection**
Name
**105 S. Front St.**
Number        Street

**Tupelo**               **MS**    **38804**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**I C System Inc**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 64378**

**St Paul**               **MN**    **55164**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.2**  of  *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6**  **0**  **9**  **7**

---

**Midland Funding**
Name
**2365 Northside Dr Ste 300**
Number        Street

**San Diego**             **CA**    **92108**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of  *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4**  **9**  **8**  **8**

---

**US Attorney**
Name
**900 Jefferson Ave**
Number        Street

**Oxford**                **MS**    **38655**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.22**  of  *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**US Attorney**
Name
**900 Jefferson Ave**
Number        Street

**Oxford**                **MS**    **38655**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **2.1**  of  *(Check one):*
- ☒ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.**
**28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  **$2,500.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+**  **$0.00** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d.  **$2,500.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  **$3,060.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+**  **$8,253.35** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j.  **$11,313.35** |

**Fill in this information to identify your case:**

| Debtor 1 | **Charles** | **C.** | **Brock** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Kimberly** | **A.** | **Yant** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AT&T Directv** <br> Name <br> **PO Box 5014** <br> Number    Street <br><br> **Carol Stream**    **IL**    **60197** <br> City              State    ZIP Code | **Satellite Service Contract** <br> **Contract to be ASSUMED** |
| 2.2 | **Progressive Leasing** <br> Name <br> **256 W. Data Dr.** <br> Number    Street <br><br> **Draper**    **UT**    **84020** <br> City              State    ZIP Code | **Lease** <br> **Contract to be REJECTED** |
| 2.3 | **Progressive Leasing** <br> Name <br> **256 W. Data Dr.** <br> Number    Street <br><br> **Draper**    **UT**    **84020** <br> City              State    ZIP Code | **Lease** <br> **Contract to be REJECTED** |
| 2.4 | **Verizon Wireless** <br> Name <br> **3945 N. Gloster St.** <br> Number    Street <br><br> **Tupelo**    **MS**    **38804** <br> City              State    ZIP Code | **Cell phone contract** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　☐ No

   　☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **James O Clemons III** | |
|---|---|---|
| | Name | |
| | **135 Knight Drive** | |
| | Number　　　Street | |
| | | |
| | **Saltillo**　　　　　**MS**　　**38866** | |
| | City　　　　　　State　　ZIP Code | |

☑ Schedule D, line **2.9**

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**Mr. Cooper**

| 3.2 | **James O Clemons III** | |
|---|---|---|
| | Name | |
| | **135 Knight Drive** | |
| | Number　　　Street | |
| | | |
| | **Saltillo**　　　　　**MS**　　**38866** | |
| | City　　　　　　State　　ZIP Code | |

☑ Schedule D, line **2.8**

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**Mr. Cooper**

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3**    **James O Clemons III**
Name

**135 Knight Drive**
Number    Street

_____

**Saltillo**                    **MS**    **38866**
City                    State    ZIP Code

☑ Schedule D, line    **2.10**

☐ Schedule E/F, line    _____

☐ Schedule G, line    _____

**Mr. Cooper**

**3.4**    **Tim Brock**
Name

**680 CR 1766**
Number    Street

_____

**Tupelo**                    **MS**    **38802**
City                    State    ZIP Code

☑ Schedule D, line    **2.2**

☐ Schedule E/F, line    _____

☐ Schedule G, line    _____

**FAA Federal Credit Union**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Worker** | **Teacher** |
| **Employer's name** | | **Lee County Road Dept** | **Noah's Ark Daycare** |
| **Employer's address** | | **369 N. Eason Blvd** | **794 E. Main St.** |
| | | Number  Street | Number  Street |
| | | | |
| | | **Tupelo**      **MS**  **38804** | **Tupelo**      **MS**  **38804** |
| | | City      State  Zip Code | City      State  Zip Code |
| **How long employed there?** | | **6 Months** | **4 months** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,090.83** | **$1,152.67** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,090.83** | **$1,152.67** |

| Debtor 1 | **Charles C. Brock** |
|---|---|
| Debtor 2 | **Kimberly A. Yant** |

Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................... ➔ | 4. | **$2,090.83** | **$1,152.67** |

**5.** **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **5a.** | Tax, Medicare, and Social Security deductions | 5a. | **$381.88** | **$181.01** |
| **5b.** | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| **5c.** | Voluntary contributions for retirement plans | 5c. | **$188.22** | **$0.00** |
| **5d.** | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| **5e.** | Insurance | 5e. | **$0.00** | **$0.00** |
| **5f.** | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| **5g.** | Union dues | 5g. | **$0.00** | **$0.00** |
| **5h.** | Other deductions.<br>Specify: _____ | 5h.**+** | **$0.00** | **$0.00** |

**6.** **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.

| | 6. | **$570.10** | **$181.01** |
|---|---|---|---|

**7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.

| | 7. | **$1,520.73** | **$971.66** |
|---|---|---|---|

**8.** **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **8a.** | Net income from rental property and from operating a business, profession, or farm<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$0.00** |
| **8b.** | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| **8c.** | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$500.00** |
| **8d.** | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| **8e.** | Social Security | 8e. | **$0.00** | **$0.00** |
| **8f.** | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | **$0.00** | **$0.00** |
| **8g.** | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| **8h.** | Other monthly income.<br>Specify: _____ | 8h.**+** | **$0.00** | **$0.00** |

**9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.

| | 9. | **$0.00** | **$500.00** |
|---|---|---|---|

**10.** **Calculate monthly income.**  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | 10. | **$1,520.73** | + | **$1,471.66** | = | **$2,992.39** |
|---|---|---|---|---|---|---|

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____

| | 11. | **+** | **$0.00** |
|---|---|---|---|

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | 12. | **$2,992.39** |
|---|---|---|

**Combined monthly income**

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | | Case number (if known) _____ |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**None.**

**Schedule I: Your Income**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles**  **C.**  **Brock** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Kimberly**  **A.**  **Yant** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DIST. OF MISSISSIPPI** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No.  Go to line 2.

☑ Yes.  **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes.  Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **13** | ☐ No   ☑ Yes |
| **Daughter** | **11** | ☐ No   ☑ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

**4.    The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.    _____ **$340.00**

If not included in line 4:

4a.    Real estate taxes

4a.    _____

4b.    Property, homeowner's, or renter's insurance

4b.    _____

4c.    Home maintenance, repair, and upkeep expenses

4c.    _____ **$50.00**

4d.    Homeowner's association or condominium dues

4d.    _____

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

**Your expenses**

| | | | |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$230.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$80.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$264.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$952.39** |
| 8. | **Childcare and children's education costs** | 8. | **$300.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | 11. | **$60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$180.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$180.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | **$131.00** |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.** Specify: **See continuation sheet** 21. +    **$120.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$2,987.39** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$2,987.39** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$2,992.39** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. – | **$2,987.39** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$5.00** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

21.  <u>Other.  Specify:</u>

**Student Loan**                                                                                      **$50.00**

**IRS Past Due Taxes**                                                                          **$70.00**

                                                          Total:    | **$120.00** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Charles</u> | <u>C.</u> | <u>Brock</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | <u>Kimberly</u> | <u>A.</u> | <u>Yant</u> |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>NORTHERN DIST. OF MISSISSIPPI</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.............................................................    **$26,950.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B....................................................    **$55,698.70**

    1c.  Copy line 63, Total of all property on Schedule A/B............................................................    **$82,648.70**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....    **$226,068.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................    **$2,500.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**    **$11,313.35**

                                            **Your total liabilities**    **$239,881.35**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I...........................................................................    **$2,992.39**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J......................................................................................    **$2,987.39**

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) _____ |

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

| **$3,460.67** |
|---|

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

Total claim

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---|
| 9a.   Domestic support obligations.  (Copy line 6a.) | | **$0.00** |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | | **$2,500.00** |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | | **$0.00** |
| 9d.   Student loans.  (Copy line 6f.) | | **$3,060.00** |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | | **$0.00** |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** | **$0.00** |
| 9g.   **Total.**  Add lines 9a through 9f. | | **$5,560.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____       X _____

Charles C. Brock, Debtor 1                              Kimberly A. Yant, Debtor 2

Date  **10/17/2019**                                       Date  **10/17/2019**
MM / DD / YYYY                                           MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | **3961 Hwy 178 W Apt. 2** | From **5/2015** |
| Number    Street | To _____ | Number    Street | To **8/2018** |
| _____ | | **Mooreville        MS    38857** | |
| City          State   ZIP Code | | City          State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**

Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$9,146.00** | ☒ Wages, commissions, bonuses, tips | **$4,279.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$16,000.00** | ☒ Wages, commissions, bonuses, tips | **$27,592.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$24,000.00** | ☒ Wages, commissions, bonuses, tips | **$23,732.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☐ No
    ☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | | **Child Support** | **$2,400.00** |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>YYYY | | | **Child Support** | **$4,800.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>YYYY | | | **Child Support** | **$4,800.00** |

| Debtor 1 | **Charles C. Brock** | |
|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) _____ |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Advantage Financial Vs. Charles Brock and Kimberly Yant** | Collection | **Advantage Financial**<br>Court Name<br>**542 W. Main St.**<br>Number    Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _____ | | **Tupelo**    **MS**    **38804**<br>City    State    ZIP Code | |

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                                    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**First Metropolitan Financial Services**    Garnishment    **Lee County Justice Court**    ☑ Pending

Court Name

**6295 Summer Avenue**    ☐ On appeal

Number    Street

Case number _____    **Suite 102**    ☐ Concluded

**Memphis**                    **TN**    **38134**

City                            State    ZIP Code

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

---

Debtor 1   **Charles C. Brock**
Debtor 2   **Kimberly A. Yant** _____   Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Law Office of Denvil F. Crowe** <br> Person Who Was Paid | **Attorney Fees** | | |
| **346 N. Green St.** <br> Number    Street | | _____ | **$1,146.00** |
| **PO Box 1158** | | _____ | _____ |
| **Tupelo**          **MS**    **38802-1158** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |
| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
| **CIN Legal Data Services** <br> Person Who Was Paid | **Credit Report** | | |
| **4540 Honeywell Court** <br> Number    Street | | | **$58.00** |
| _____ | | _____ | _____ |
| **Dayton**          **OH**    **45424** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |
| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
| **Abacus Credit Counseling** <br> Person Who Was Paid | **Credit Counseling** | | |
| **17337 Ventura Blvd, Ste 226** <br> Number    Street | | | **$40.00** |
| _____ | | _____ | _____ |
| **Encino**          **CA**    **91316** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**    Case number (if known) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **FAA FCU**<br>Name of Financial Institution<br><br>**3182 Tupelo Commons**<br>Number      Street<br><br><br>**Tupelo            MS    38801**<br>City                State    ZIP Code | XXXX- _7_  _3_  _3_  _2_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **6/2019** | **$0.00** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Regions Bank**<br>Name of Financial Institution<br><br>**331 Main St.**<br>Number      Street<br><br><br>**Tupelo            MS    38804**<br>City                State    ZIP Code | XXXX- _8_  _8_  _0_  _9_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **5/2019** | **$0.00** |

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                         Case number (if known) _____

**21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☒ Yes.  Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Regions Bank**<br>Name of Financial Institution | Name | **empty** | ☒ No<br>☐ Yes |
| **331 West Main St.**<br>Number    Street | Number    Street |  |  |
| **Tupelo        MS   38804**<br>City        State   ZIP Code | City        State   ZIP Code |  |  |

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes.  Fill in the details.

---

### Part 9:    Identify Property You Hold or Control for Someone Else

**23.  Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.  Fill in the details.

---

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Charles C. Brock** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly A. Yant** | Case number (if known) | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

<table>
<tr><td>Part 11:</td><td>Give Details About Your Business or Connections to Any Business</td></tr>
</table>

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes.  Fill in the details below.

Debtor 1     **Charles C. Brock**

Debtor 2     **Kimberly A. Yant**                                          Case number (if known) _____

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____                    X _____

  Charles C. Brock, Debtor 1                               Kimberly A. Yant, Debtor 2

  Date    **10/17/2019**                                   Date    **10/17/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                              *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **C.** | **Brock** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **A.** | **Yant** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Advantage Financial** <br><br> Description of property securing debt: **Household Goods** | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Creditor's name: **FAA Federal Credit Union** <br><br> Description of property securing debt: **Father's CD** | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Creditor's name: **First Metropolitan** <br><br> Description of property securing debt: **Household Goods** | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |

Debtor 1   **Charles C. Brock**

Debtor 2   **Kimberly A. Yant**

Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **First Metropolitan Financial Services**<br><br>Description of property securing debt: **Household Goods** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **First Metropolitan Financial Services**<br><br>Description of property securing debt: **Household Goods** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **First Metropolitan Financial Services**<br><br>Description of property securing debt: **Household Goods** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Linoln Automotive Financial Services**<br><br>Description of property securing debt: **2018 Ford Fusion** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property securing debt: **1/2 Interest in 3 Bedroom(s) / 1 Bath Home on .75** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property securing debt: **1/2 Interest in 3 Bedroom 1 Bath Home on .75 Acres** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property securing debt: **1/2 Interest In 3 Bedroom(s) / 1 Bath Home on .75** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **OneMain Financial**<br><br>Description of property securing debt: **2004 Ford F-150** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1   **Charles C. Brock**
Debtor 2   **Kimberly A. Yant**                                      Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name:   **South State Bank**

Description of property securing debt:   **Mobile Home**

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

☐ No
☐ Yes

Creditor's name:   **World Finance Corporat**

Description of property securing debt:   **Household Goods**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

☐ No
☐ Yes

## Part 2:   List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|

Lessor's name:   **AT&T Directv**
Description of leased property:   **Satellite Service Contract**

☐ No
☑ Yes

Lessor's name:   **Progressive Leasing**
Description of leased property:   **Lease**

☑ No
☐ Yes

Lessor's name:   **Progressive Leasing**
Description of leased property:   **Lease**

☑ No
☐ Yes

Lessor's name:   **Verizon Wireless**
Description of leased property:   **Cell phone contract**

☐ No
☑ Yes

Debtor 1    **Charles C. Brock**

Debtor 2    **Kimberly A. Yant**                                            Case number (if known) _____

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____          X _____

Charles C. Brock, Debtor 1                          Kimberly A. Yant, Debtor 2

Date **10/17/2019**                                  Date **10/17/2019**
        MM / DD / YYYY                                      MM / DD / YYYY

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

In re  **Charles C. Brock
Kimberly A. Yant**

Case No.  _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  **$1,146.00**

Prior to the filing of this statement I have received........................................................  **$1,146.00**

Balance Due................................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The court filing fee, postage, or any fees and charges related to credit and educational counseling as well as credit and asset reports. The representation in any reaffirmation hearing or negotiation of any reaffirmation agreement with any creditor(s).  The representation in any dischargeability actions, judicial lien avoidances or relief from stay actions. The representation in any court action filed in conjunction with the Petition including, but not limited to, adversary proceedings such as dischargeability complaints, extraordinary motions,  or  abuse motions under 707 (b) of the Bankruptcy Code or responding to an inquiry made by the U.S. Trustee's Office in connection with a determination of whether to make a motion to dismiss or deny discharge.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/17/2019** | |
| *Date* | *Tiffany K. Pharr*          Bar No.  104849 |
| | The Law Office of Denvil F. Crowe |
| | 346 North Green St. |
| | P.O. Box 1158 |
| | Tupelo, MS  38802 |
| | Phone: (662) 844-7949 / Fax: (662) 680-4816 |

---

**Charles C. Brock**            **Kimberly A. Yant**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

IN RE:   **Charles C. Brock**                                            CASE NO
         **Kimberly A. Yant**
                                                                CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/17/2019 _____          Signature _____
                                                          *Charles C. Brock*


Date  10/17/2019 _____          Signature _____
                                                          *Kimberly A. Yant*

Advance Financial
100 Oceanside Dr.
Nashville, TN 37204


Advantage Financial
542 W. Main St.
Tupelo, MS 38804


Allied Interstate Llc
Attn: Bankruptcy Department
PO Box 361477
Columbus, OH 43236


AT&T Direct TV
PO Box 5014
Carol Stream, IL 60197


AT&T Directv
PO Box 5014
Carol Stream, IL 60197


AT&T Mobility
PO Box 536216
Atlanta, GA 30353


Availblue
PO Box 12
Lac du Flambeau, WI 54538


Check Into Cash
2240 Rabbit Dr. Ste. 800
Tupelo, MS 38801


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One
P.O. Box 60500
City of Industry, CA 91716


Dish Network
3362 University Avenue
P.O. Box 2635
Waterloo, IA  50704-2635


ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256


FAA Credit Union
1804 South Green St.
Tupelo, MS 38804


FAA Federal Credit Union
3920 Whitebrook
Memphis, TN 38118


First Access The Bank of Missouri
PO Box 85710
Sioux Falls, SD 57118


First Metropolitan
115 N. Thomas St.
Tupelo, MS 38801


First Metropolitan Financial Services
6295 Summer Avenue
Suite 102
Memphis, TN 38134


Franklin Collection
105 S. Front St.
Tupelo, MS 38804

```
I C System Inc
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164


IRS
PO Box 7346
Philadelphia, PA 19101



James O Clemons III
135 Knight Drive
Saltillo, MS 38866



Linoln Automotive Financial Services
Attn: Bankruptcy
PO Box 542000
Omaha, NE 68154


Marquis Dental
6 Medical Park
Fulton, MS 38843



Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108



Money Lion
P.O. Box 1547
Sandy, UT 84091



Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019


Mr. Cooper
Attn: Bankruptcy
PO Box 619098
Dallas, TX 75261
```

NMMC
PO Box 2240
Tupelo, MS 38804


North MS Medical Clinics
PO Box 14000
Belfast, ME 04915


Office of U S Trustee
100 W Capitol St, Suite 706
Jackson MS 39269


OneMain Financial
Attn: Bankruptcy
601 NW 2nd St #300
Evansville, IN 47708

Premier Family and Urgent Care
710 Hwy 371
Mooreville, MS 38857


Progressive
280 N. High St. #300
Columbus, OH 43215


Progressive Leasing
256 W. Data Dr.
Draper, UT 84020


Regions
331 Main Street
Tupelo, MS 38804


Renasant Bank
164 S. Veterans Memorial Blvd
Tupelo, MS 38804

South State Bank
PO Box 1287
Orangeburg, SC 29116


Speedy Cash
3527 N. Ridge Rd.
Wichita, KS 67205


Tim Brock
680 CR 1766
Tupelo, MS 38802


Total Visa/Bank of Missouri
Attn: Bankruptcy
PO Box 85710
Sioux Falls, SD 57118


Underwood Law Firm
190 East Capitol Street
Jackson, MS 39201


US Attorney
900 Jefferson Ave
Oxford, MS 38655


US Dept. of Education
Po Box 5609
Greenville, TX 75403


Verizon Wireless
3945 N. Gloster St.
Tupelo, MS 38804


World Finance Corporat
108 Frederick St
Greenville, SC 29607